DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN STIRBERG,** as Personal Representative of the **ESTATE OF NATHANIAL J. STIRBERG** a/k/a **NAT STIRBERG,**
Appellant,

v.

**VALERIE STIRBERG,**
Appellee.

No. 4D21-3625

[September 30, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 502020CP000208.

Andrew K. Fein of Minerley Fein, P.A., Boca Raton, for appellant.

Linda L. Snelling of Bankier, Arlen & Snelling Law Group, LLC, Delray Beach, and Jay A. Schwartz of Law Office of Jay A. Schwartz, PA, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***